IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            Criminal Action No. 5:05CR46

LIONEL HAMPTON,

        Defendant.

## REPORT AND RECOMMENDATION

Defendant has entered a plea. Therefore, it is **RECOMMENDED** the Motion to Suppress Out-of-Court Identification, Motion to Exclude Collateral Crime Evidence, and Motion to Suppress Motion to Exclude Prior Bad Acts [1] be **DENIED AS MOOT**.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED:  December 21, 2005

/s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. Nos. 18, 20, and 30, respectively.